UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VICTORIA HENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:13-cv-00038-JAW |
| | ) |
| OFFICE OF HOMELAND | ) |
| SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on February 7, 2013 her Recommended Decision (ECF No. 5). The Plaintiff filed her objections to the Recommended Decision on February 13, 2013 (ECF No. 8). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2013